IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRYSTAL DAWN LEWIS, | § | |
| FCI 20433-179, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2389 |
| | § | |
| WARDEN JOYCE FRANCIS, | § | |
| | § | |
|     Respondent. | § | |

ORDER OF DISMISSAL

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED without prejudice.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on July 29th, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE